IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.   05-359 |
| | ) | |
| JEFFREY MARTIN | ) | |

## WAIVER OF INDICTMENT

I, Jeffrey Martin, the above-named defendant, having been accused of Wire Fraud, in violation of Title 18, United States Code, Section 1343, and being advised of the nature of the charges, the proposed Information and of my rights, in accordance with Rule 7(b) of the Federal Rules of Criminal Procedure, do hereby waive in open Court, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_11-28-05_
Date

_[signature]_
Defendant

_[signature] Joseph K. Williams_
Counsel for Defendant

Before _[signature] Donetta W. Ambrose_
United States District Court Judge