IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) CR 05-00359-001 |
| JEFFREY MARTIN, | ) |
| Defendant. | ) |

ORDER

AND NOW, this _8th_ day of _May_, 2007,

IT IS HEREBY ORDERED that the sentence imposed on April 12, 2007 in the above captioned cases shall be amended to reflect a total amount of restitution of $375,861.00, with $201,410.00 being payed to National City Mortgage Co.

In addition, the defendant shall pay restitution through monthly installments of not less than 10 percent of his net monthly income or a nominal amount of at least $100.00 per month.

In all other respects, the sentence stands as originally imposed.

_Donetta W. Ambrose_
Donetta W. Ambrose
Chief United States District Judge

cc: All Counsel of Record
US Marshal
US Probation
Bureau of Prison